IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JEFFERY D. RUFFIN**                                                                                 **PLAINTIFF**

v.                                                                          No. 3:20-cv-00355-NBB-DAS

**OFFICER M. PORTER, ET AL.**                                              **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO SUBMIT
### AMENDED COMPLAINT USING THE ENCLOSED
### STANDARD FORM WITHIN 21 DAYS

Jefferey D. Ruffin has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 5th day of April, 2021.

                                                                           /s/ David A. Sanders
                                                                          **DAVID A. SANDERS**
                                                                          **UNITED STATES MAGISTRATE JUDGE**