IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JEFFERY D. RUFFIN                                                                          PLAINTIFF

V.                                                     CIVIL ACTION NO. 3:20-CV-00335-NBB-DAS

OFFICER M. PORTER, et al.                                                   DEFENDANTS

<u>FINAL JUDGMENT</u>

In accordance with the Memorandum Opinion and Order issued today, Plaintiff's claims against Defendants Sgt. L. Pigeon, D. Warden B. Tyler, and Warden J.J. Williams are hereby **DISMISSED with prejudice** for Plaintiff's failure to state a claim upon which relief may be granted.

**SO ORDERED** this, the 17th day of June, 2021.

                                                      /s/ Neal Biggers
                                                      **NEAL B. BIGGERS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**