IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JEFFERY D. RUFFIN**                                                        **PLAINTIFF**

**v.**                                        **NO. 3:20-CV-00335-NBB-DAS**

**OFFICER M. PORTER**                                        **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Defendant's amended motion for summary judgment [30] is **GRANTED**, and Plaintiff's claims are **DISMISSED with prejudice**. Additionally, Defendant's first motion [27] for summary judgment is hereby **terminated as moot**.

**SO ORDERED**, this the 13th day of October, 2021.

                                                    /s/ Neal Biggers
                                                    **NEAL B. BIGGERS, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**